# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

MAURO PADILLA-RAMIREZ

Date of Last Amended Judgment: May 4, 2006

CASE NUMBER: 8:01-Cr-110-T-23TGW
USM NUMBER: 39542-018
PACTS NUMBER: 33500

Defendant's Attorney: Danli Song, AFPD

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon the unopposed motion of ☒ the defendant (D-239) ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

IT IS ORDERED that the motion is:

☐ DENIED.   **x** GRANTED and the defendant's previously imposed sentence of imprisonment as to Count One (as reflected in the last judgment issued) of __211__ months is reduced to **188 months or TIME SERVED, whichever is longer**.

(Complete Parts I and II when motion is granted)

Except as provided, all provisions of the amended judgment dated May 4, 2006 shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   October 14, 2015

Effective Date: November 2, 2015
(if different from order date)

_Judge's Signature_

WILLIAM J. CASTAGNA, SENIOR U.S. DISTRICT JUDGE
_Printed name and Title_